**In re: Stephen B. YOUNG, Petitioner.**

**No. 00–2646.**

United States Court of Appeals, Eighth Circuit.

Submitted March 16, 2001.

Decided June 5, 2001.

---

Before MURPHY, LAY, and BYE, Circuit Judges.

PER CURIAM.

Steven B. Young, on behalf of his clients Associated Contract Loggers, Inc., and Olson Logging, Inc., filed a lawsuit in United States District Court for the District of Minnesota against the United States Forest Service and two not-for-profit groups, Forest Guardians and Superior Wilderness Action Network. *See Associated Contract Loggers, Inc., et al. v. United States Forest Service, et al.*, No 99–CV–1485. The suit alleged a violation of the Establishment Clause. After dismissing the suit pursuant to Fed.R.Civ.P. 12(b)(6), the district court[1] ordered Young to show cause as to why sanctions should not be imposed against him for initiating a lawsuit without any reasonable basis in law. After considering Young's brief in response to the Show Cause order, the district court imposed sanctions of $5,000 pursuant to Fed. R.Civ.P. 11. Young appeals.

Finding that no error of law appears in the district court's opinion, and that further opinion would have no precedential value, we affirm without discussion. *See* 8th Cir. R. 47B.

---

[1] The Honorable James M. Rosenbaum, United States District Judge for the District of Minnesota.